UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Robert Deshawn Thomas            Docket No. 5:97-CR-185-1H

**Petition for Action on Supervised Release**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Deshawn Thomas, who, upon an earlier plea of guilty to Conspiracy To Distribute and Possess With Intent to Distribute Cocaine Base in violation of 21 U.S.C. §846; Armed Bank Robbery in violation of 18 U.S.C. §2113(a)(d); and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on October 14, 1998, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On June 2, 1999, pursuant to Rule 35(b), the term of imprisonment was reduced to 84 months. Robert Deshawn Thomas was released from custody on August 19, 2013, at which time the term of supervised release commenced. On July 31, 2014, as a sanction for illegal drug use, the defendant was ordered to serve three days in BOP custody.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 8, 2015, the defendant submitted a urine specimen which tested positive for marijuana. The defendant admitted that he used marijuana. It has been a year since the last sanction was imposed. In the interim, the defendant tested negative for illegal drugs twelve times. We recommend another 3-day jail term as a sanction for this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Thomas E. Sheppard
Thomas E. Sheppard
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-354-2541
Executed On: August 31, 2015

Robert Deshawn Thomas
Docket No. 5:97-CR-185-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the 1st day of September, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge