## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Deshawn Thomas                                                                                    Docket No. 5:97-CR-185-1H

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Robert Deshawn Thomas, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base in violation of 21 U.S.C. §846; Armed Bank Robbery in violation of 18 U.S.C. §2113(a)(d); and Use of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on October 14, 1998, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On June 2, 1999, pursuant to Rule 35(b), the term of imprisonment was reduced to 84 months. Robert Deshawn Thomas was released from custody on August 19, 2013, at which time the term of supervised release commenced. On July 31, 2014, as a sanction for illegal drug use, the defendant was ordered to serve three days in BOP custody. On September 1, 2015, as a sanction for illegal drug use, the defendant was ordered to serve three additional days in BOP custody.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 11, 2016, the defendant submitted a urine specimen which tested positive for marijuana. The defendant admitted using marijuana. He was referred back to the contract agency to begin substance abuse treatment again. We also recommend another term of imprisonment, for five days, as the previous three-day terms did not achieve the desired result. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                                         I declare under penalty of perjury that the foregoing
                                                                                                is true and correct.

/s/ Robert K. Britt                                                                   /s/ Thomas E. Sheppard
Robert K. Britt                                                                       Thomas E. Sheppard
Senior U.S. Probation Officer                                             U.S. Probation Officer
                                                                                                310 Dick Street
                                                                                                Fayetteville, NC 28301-5730
                                                                                                Phone: 910-354-2541
                                                                                                Executed On: February 22, 2016

Robert Deshawn Thomas
Docket No. 5:97-CR-185-1H
Petition For Action
Page 2

### ORDER OF THE COURT

Considered and ordered this 23rd day of February, 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge